CHARLES HERSHCOPF and Another, Copartners, etc., Respondents, v. SIEGFRIED SALOMON and Others, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

DIEGO BERTOLINO, Respondent, v. LEHIGH VALLEY COAL COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.; Clarke, P. J., dissented.

In the Matter of the Application of IRMA P. HOPPER, as Ancillary Administratrix, etc., of CHARLES H. HOPPER, Deceased, to Compel the Payment of the Accrued Income Due the Estate of CHARLES H. HOPPER, by HARRIET A. HOPPER as Testamentary Trustee under the Last Will and Testament of GEORGE H. HOPPER, Deceased. IRMA P. HOPPER, as Ancillary Administratrix, etc., Appellant; HARRIET A. HOPPER, Individually, and as Trustee, and Others, Respondents.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

MARIA LANZA and Another, as Administrators, etc., Appellants, v. CLARENCE L. SMITH COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

J. A. KIRSCH & COMPANY, INC., Respondent, v. JOSEPH DE A. BENYUNES, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer on payment of costs. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

HIPPOLYTE L. HARDY, Appellant, v. WILLIAM H. LYNN, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

FRANK ROSELIEB, Appellant, v. E. RUTZLER COMPANY, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

JONAS IWANAUSKAS, Respondent, v. PHILADELPHIA AND READING COAL AND IRON COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.; Scott and Davis, JJ., dissented on the ground that the matter of the safety of the rock was one for the determination of the mine foreman, and that his determination that it was safe enough to proceed with the work relieves the defendant from responsibility.

DORA REICH, Appellant, v. JAMES F. HASBROUCK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

ALBERT M. STADLER, Appellant, v. ROBERT A. SCOTT and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

CHARLES H. STUDIN, Respondent, v. SHONINGER BROTHERS, Appellant. — Order affirmed, with ten dollars costs and disbursements, the date for the examination to proceed to be fixed in the order. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ. Order to be settled on notice.